UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION
_____

| | |
|---|---|
| **COTTONPORT BANK** | **CIVIL ACTION NO. 06-2356-A** |
| -vs- | **JUDGE DRELL** |
| **CRAWFORD SPENCER JAMES, et al.** | **MAGISTRATE JUDGE KIRK** |

## OPINION

    Before the Court is the appeal of the Cottonport Bank from the refusal of the Bankruptcy Court to grant relief from the automatic stay in order to allow the bank to pursue an action to obtain a right-of-way.  The affected land is an eight-acre tract adjoining a thirty-six acre tract obtained by the bank in a foreclosure.  The debtors, Crawford and Jan James, were predecessors in title to the thirty-six acre tract.

    We have considered the record and the briefs submitted by both sides.  A substantial opinion is not necessary as we believe it clear that the Bankruptcy Judge ruled correctly in its findings of fact and conclusions of law (Doc. No. 3-7) in not granting the stay, for the reasons given.  In so concluding, we agree with Appellees that Louisiana Civil Code Article 694 is not applicable here, but Article 693 is.  A foreclosure simply does not qualify under Article 694 and we are not

persuaded by any citations to authority otherwise. If Cottonport Bank wishes to obtain a right-of-way, it will not be able, therefore, to force one gratuitously.

Accordingly, we AFFIRM the Bankruptcy Judge and DISMISS the appeal, WITH PREJUDICE.

SIGNED on this 20th day of March, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge